Fill in this information to identify the case:

Debtor name **The Trial Group, LLP**

United States Bankruptcy Court for the: **Central** District of **California**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Baker Keener & Nahra<br>633 West Fifth Street<br>Suite 5400<br>Los Angeles, CA 90071 | | Services | | | | 204,554.43 |
| 2 | Competition Economics<br>2000 Powell Street<br>Suite 510<br>Emeryville, CA 94608 | | Services | | | | 520,960.40 |
| 3 | David W. Stewart, PhD<br>13031 Villosa Place, #121<br>Los Angeles, CA 90094 | | Services | | | | 13,333.33 |
| 4 | Green Street/Spound<br>c/o Frank Sims Stolper<br>19800 MacArthur Blvd, #855,<br>Irvine, CA 92612 | | Services | | | | 39,924.44 |
| 5 | International Personnel<br>Protection, Inc.<br>P.O. Box 92493<br>Austin, TX 78709 | | Services | | | | 51,010.33 |
| 6 | Executive Presentations<br>915 Wilshire Blvd, #1700<br>Los Angeles, CA 90017 | | Services | | | | 217,225.45 |
| 7 | Nationwide Legal LLC<br>1609 James M Wood Blvd<br>Los Angeles, CA 90015 | | Services | | | | 42,547.49 |
| 8 | Personal Court Reporters Inc<br>14520 Sylvan Street<br>Van Nuys, CA 91411 | | Services | | | | 51,684.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  **The Trial Group, LLP**
Name

Case number (if known) _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Wilentz Goldman & Spitzer<br>90 Woodbridge Center Drive<br>Suite 900 Box 10<br>Woodbridge, NJ 07095 | | Services | | | | 58,888.89 |
| 10 | Ricoh<br>P.O. Box 31001-0850<br>Pasadena, CA 91110 | | Copiers | | | | 13,470.80 |
| 11 | The Irvine Company<br>P.O. Box 844897<br>Los Angeles, CA 90084 | | Rent | | | | 515,882.35 |
| 12 | John C. Crotts Consulting<br>688 Serotina Court<br>Mount Pleasant, SC 29464 | | Services | | | | 7,217.49 |
| 13 | Developing Opportunities & Solutions<br>611 S Main Street, #400<br>Grapevine, TX 76051 | | Services | | | | 11,261.93 |
| 14 | Int'l. Church of Foursquare<br>c/o Brad S. Sures, Esq.<br>10803 Gloria Avenue<br>Granada Hills, CA 91344 | | Rent | | | | 10,878.38 |
| 15 | Eisenhower Carlson PLLC<br>1201 Pacific Ave, #1200<br>Tacoma, WA 98402 | | Services | | | | 90,632.87 |
| 16 | The X-Law Group<br>1910 Sunset Boulevard<br>Suite 450<br>Los Angeles, CA 90026 | | Services | Partially Contingent | | | 2,000,000.00 |
| 17 | Advanced Discovery<br>17752 Sky Park Circle, #100<br>Irvine, CA 92614 | | Services | | | | 20,367.34 |
| 18 | Aderant<br>200 Corporate Pointe, #400<br>Culver City, CA 90230 | | Services | | | | 10,185.62 |
| 19 | Central Communications<br>11830 Pierce Street, #100<br>Riverside, CA 92505 | | Services | | | | 7,497.52 |
| 20 | Alphagraphics<br>225 S. Olive Street, #101<br>Los Angeles, CA 90012 | | Services | | | | 3,296.21 |