MASTER MAILING LIST OF CREDITORS
IN RE:  THE TRIAL GROUP, LLP

Aderant
200 Corporate Pointe, #400
Culver City, CA 90230


Advanced Discovery
17752 Sky Park Circle, #100
Irvine, CA 92614


Baker Keener & Nahra
633 West Fifth Street
Suite 5400
Los Angeles, CA 90071


Central Communications
11830 Pierce Street, #100
Riverside, CA 92505


Competition Economics
2000 Powell Street
Suite 510
Emeryville, CA 94608


David W. Stewart, PhD
13031 Villosa Place, #121
Los Angeles, CA 90094


Developing Opportunities & Solutions
611 S Main Street, #400
Grapevine, TX 76051


Eisenhower Carlson PLLC
1201 Pacific Ave, #1200
Tacoma, WA 98402

Executive Presentations
915 Wilshire Blvd, #1700
Los Angeles, CA 90017


Green Street/Spound
c/o Frank Sims Stolper
19800 MacArthur Blvd, #855
Irvine, CA 92612


Int'l. Church of Foursquare
c/o Brad S. Sures, Esq.
10803 Gloria Avenue
Granada Hills, CA 91344


International Personnel Protection, Inc.
P.O. Box 92493
Austin, TX 78709


John C. Crotts Consulting
688 Serotina Court
Mount Pleasant, SC 29464


Nationwide Legal LLC
1609 James M Wood Blvd
Los Angeles, CA 90015


Personal Court Reporters Inc.
14520 Sylvan Street
Van Nuys, CA 91411


Ricoh
P.O. Box 31001-0850
Pasadena, CA 91110

The Irvine Company
P.O. Box 844897
Los Angeles, CA 90084


The X-Law Group
1910 Sunset Boulevard
Suite 450
Los Angeles, CA 90026


Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Franchise Tax Board Bankruptcy Section
MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952