| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jason M. Frank, State Bar No. 190957<br>Scott H. Sims, State Bar No. 234148<br>Andrew D. Stolper, State Bar No. 205462<br>FRANK SIMS & STOLPER LLP<br>19800 MacArthur Boulevard, Suite 855<br>Irvine, California 92612,<br>T: (949) 201-2400 / F: (949) 201-2401<br>jfrank@lawfss.com<br>astolper@lawfss.com<br>ssims@lawfss.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Jason Frank Law, PLC, Judgment Creditor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>THE TRIAL GROUP, LLP f/k/a Eagan Avenatti, LLP,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:19-bk-10822<br>CHAPTER: 11<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

    a. Title of motion: <u>Judgment Creditor Jason Frank Law, PLC's Emergency Motion to Dismiss</u>

    b. Date of filing of motion: <u>3/8/2019</u>

2. Compliance with LBR 9075-1(b)(2)(A): (***The following three sections must be completed***):

    a. Briefly specify the relief requested in the motion:

    Issuance of an order dismissing the bankruptcy case as an unauthorized/bad-fath bankruptcy filing.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9075-1.1.APP.SHORT.NOTICE**

    b.   Identify the parties affected by the relief requested in the motion:

        Jason Frank Law, PLC
        Eagan Avenatti, LLP
        Brian Weiss, as Receiver for Eagan Avenatti, LLP
        Michael Avenatti

    c.   State the reasons necessitating a hearing on shortened time:

        Mr. Avenetti, without authority, placed the debtor into a second bankruptcy on March 7, 2019 in order to avoid his judgment debtor examination scheduled for March 8, 2019 before Judge Clarkson.  The sole purpose of filing this bankruptcy was to waylay Jason Frank Law, PLC's debtor examination and the activities of the court-appointed reciever of the debtor, Mr. Brian Weiss.

3.   Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4.   Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: 3/8/2019

FRANK SIMS & STOLPER LLP
Printed name of law firm

/s/ Andrew D. Stolper
Signature of individual Movant or attorney for Movant
Jason M. Frank
Scott H. Sims
Andrew D. Stolper
Printed name of individual Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9075-1.1.APP.SHORT.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

19800 MacArthur Blvd., Suite 855, Irvine, California 92612

A true and correct copy of the foregoing document entitled: **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/08/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

mavenatti@eaganavenatti.com
jfrank@lawfss.com
michael.hauser@usdoj.gov; ustpregion16.sa.edf@usdog.gov
jim@wsrlaw.net
jareitman@lgbfirm.com; jreitman@lgbfirm.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 03/08/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See Attahed Mailing List

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 03/08/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Catherine E. Bauer
United States Bankruptcy Court, Central District
411 W. Fourth Street, Courtroom 6D
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/08/2019 | Maritza Nowowiejski | /s/ Maritza Nowowiejski |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 3    F 9075-1.1.APP.SHORT.NOTICE

MASTER MAILING LIST OF CREDITORS
IN RE: THE TRIAL GROUP, LLP

Aderant
200 Corporate Pointe, #400
Culver City, CA 90230


Advanced Discovery
17752 Sky Park Circle, #100
Irvine, CA 92614


Baker Keener & Nahra
633 West Fifth Street
Suite 5400
Los Angeles, CA 90071


Central Communications
11830 Pierce Street, #100
Riverside, CA 92505


Competition Economics
2000 Powell Street
Suite 510
Emeryville, CA 94608


David W. Stewart, PhD
13031 Villosa Place, #121
Los Angeles, CA 90094


Developing Opportunities & Solutions
611 S Main Street, #400
Grapevine, TX 76051


Eisenhower Carlson PLLC
1201 Pacific Ave, #1200
Tacoma, WA 98402

Executive Presentations
915 Wilshire Blvd, #1700
Los Angeles, CA 90017


Green Street/Spound
c/o Frank Sims Stolper
19800 MacArthur Blvd, #855
Irvine, CA 92612


Int'l. Church of Foursquare
c/o Brad S. Sures, Esq.
10803 Gloria Avenue
Granada Hills, CA 91344


International Personnel Protection, Inc.
P.O. Box 92493
Austin, TX 78709


John C. Crotts Consulting
688 Serotina Court
Mount Pleasant, SC 29464


Nationwide Legal LLC
1609 James M Wood Blvd
Los Angeles, CA 90015


Personal Court Reporters Inc.
14520 Sylvan Street
Van Nuys, CA 91411


Ricoh
P.O. Box 31001-0850
Pasadena, CA 91110

The Irvine Company
P.O. Box 844897
Los Angeles, CA 90084


The X-Law Group
1910 Sunset Boulevard
Suite 450
Los Angeles, CA 90026


Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Franchise Tax Board Bankruptcy Section
MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952