| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jason M. Frank, State Bar No. 190957<br>Scott H. Sims, State Bar No. 234148<br>Andrew D. Stolper, State Bar No. 205462<br>FRANK SIMS & STOLPER LLP<br>19800 MacArthur Blvd., Suite 855<br>Irvine, CA 92612<br>T: 949-201-2400 / F: 949-201-2405<br>jfrank@lawfss.com<br>ssims@lawfss.com<br>astolper@lawfss.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Judgment Creditor, Jason Frank Law, PLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>THE TRIAL GROUP, LLP f/k/a Eagan Avenatti, LLP<br><br><br><br>Debtor(s) | CASE NO.: 8:19-bk-10822<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1.1] |

PLEASE TAKE NOTE that the order titled Order Granting/Denying Application and Setting Hearing on Shortened Notice

was lodged on (*date*) 03/08/2019 and is attached. This order relates to the motion which is docket number 11.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# Exhibit A

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jason M. Frank, State Bar No. 190957<br>Scott H. Sims, State Bar No. 234148<br>Andrew D. Stolper, State Bar No. 205462<br>FRANK SIMS & STOLPER LLP<br>19800 MacArthur Boulevard, Suite 855<br>Irvine, California 92612,<br>Telephone:    (949) 201-2400<br>Facsimile:    (949) 201-2401<br>astolper@lawfss.com<br>ssims@lawfss.com<br>jfrank@lawfss.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Jason Frank Law, PLC, Judgment Creditor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*Santa Ana* DIVISION**

| In re: | CASE NO.: 8:19-bk-10822-CB |
|---|---|
| | CHAPTER: 11 |
| THE TRIAL GROUP, LLP f/k/a Eagan Avenatti, LLP, | **ORDER:**<br><br>☐ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>        **[LBR 9075-1(b)]** |
| Debtor(s). | |

**Movant** (*name*): Judgment Creditor Jason Frank Law, PLC

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: **Judgment Creditor Jason Frank Law, PLC's Emergency Motion to Dismiss**

    b. *Date of filing of motion:* 03/8/2019

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: March 8, 2019

3. Based upon the court's review of the application, it is ordered that:

    a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b. ☐ The Application is granted, and it is further ordered that:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                              Page 1                              **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☐ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** March 13, 2019<br>**Time:** 1:30 p.m.<br>**Courtroom:** 5D | **Place:**<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☒ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

(A) *Deadlines:*
Date:

Time:

(B) *Persons/entities to be provided with telephonic notice:*

☐ See attached page

(C) *Telephonic notice is also required upon* the United States trustee

(3) ☐ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:  ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First class mail  ☐ Facsimile*  ☐ Email*

(B) *Deadlines:*
Date:

Time:

(C) *Persons/entities to be served with written notice and a copy of this order:*

☐ See attached page

(D) *Service is also required upon*:
-- United States trustee *(electronic service is not permitted)*
-- Judge's copy personally delivered to chambers
   (*see Court Manual for address*)

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                              Page 2                              **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

---

(B) *Deadlines:*
Date:

Time:

(C) *Persons/entities to be served with motion, declarations, supporting documents:*

☐ See attached page

(D) *Service is also required upon*:
-- United States trustee *(no electronic service permitted)*
-- Judge's copy personally delivered to chambers
   (*see Court Manual for address*)

---

(5) ☐ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

---

(B) *Deadlines:*
Date:

Time:

(C) *Persons/entities to be served with written opposition to the motion:*
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) *Service is also required upon*:
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy personally delivered to chambers
   (*see Court Manual for address*)

---

(6) ☐ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                               Page 3                              **F 9075-1.1.ORDER.SHORT.NOTICE**

| (B) *Deadlines:* <br> Date: <br><br> Time: | (C) *Persons/entities to be served with written reply to opposition:* <br> -- All persons/entities who filed a written opposition <br><br> (D) *Service is also required upon*: <br> -- United States trustee *(electronic service is not permitted)* <br> -- Judge's Copy personally delivered to chambers <br> (*see Court Manual for address*) |
|---|---|

(7) ☐ Other requirements:

(8) ☐ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☐ at least 2 days before the hearing.
>
> ☐ no later than:    Date:             Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
 19800 MacArthur Blvd., Suite 855, Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___03/08/2019___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

 mavenatti@eaganavenatti.com;  jfrank@lawfss.com;  michael.hauser@usdoj.gov;  ustpregion16.sa.edf@usdog.gov;  jim@wsrlaw.net;  jareitman@lgbfirm.com;  jreitman@lgbfirm.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) ___03/08/2019___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

 See Attached Mailing List

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___03/08/2019___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
 Hon. Catherine E. Bauer
 United States Bankruptcy Court, Central District
 411 W. Fourth Street, Courtroom 6D
 Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/08/2019 | Maritza Nowowiejski | /s/ Maritza Nowowiejski |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*  Page 2  **F 9021-1.2.BK.NOTICE.LODGMENT**

MASTER MAILING LIST OF CREDITORS
IN RE: THE TRIAL GROUP, LLP

Aderant
200 Corporate Pointe, #400
Culver City, CA 90230


Advanced Discovery
17752 Sky Park Circle, #100
Irvine, CA 92614


Baker Keener & Nahra
633 West Fifth Street
Suite 5400
Los Angeles, CA 90071


Central Communications
11830 Pierce Street, #100
Riverside, CA 92505


Competition Economics
2000 Powell Street
Suite 510
Emeryville, CA 94608


David W. Stewart, PhD
13031 Villosa Place, #121
Los Angeles, CA 90094


Developing Opportunities & Solutions
611 S Main Street, #400
Grapevine, TX 76051


Eisenhower Carlson PLLC
1201 Pacific Ave, #1200
Tacoma, WA 98402

Executive Presentations
915 Wilshire Blvd, #1700
Los Angeles, CA 90017


Green Street/Spound
c/o Frank Sims Stolper
19800 MacArthur Blvd, #855
Irvine, CA 92612


Int'l. Church of Foursquare
c/o Brad S. Sures, Esq.
10803 Gloria Avenue
Granada Hills, CA 91344


International Personnel Protection, Inc.
P.O. Box 92493
Austin, TX 78709


John C. Crotts Consulting
688 Serotina Court
Mount Pleasant, SC 29464


Nationwide Legal LLC
1609 James M Wood Blvd
Los Angeles, CA 90015


Personal Court Reporters Inc.
14520 Sylvan Street
Van Nuys, CA 91411


Ricoh
P.O. Box 31001-0850
Pasadena, CA 91110

The Irvine Company
P.O. Box 844897
Los Angeles, CA 90084


The X-Law Group
1910 Sunset Boulevard
Suite 450
Los Angeles, CA 90026


Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Franchise Tax Board Bankruptcy Section
MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952