R. GIBSON PAGTER, JR. CA SBN 116450
**PAGTER AND PERRY ISAACSON**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Telephone: (714) 541-6072
Facsimile: (714) 541-6897
Email: gibson@ppilawyers.com

Attorneys for 520 Newport Center Drive, LLC

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE TRIAL GROUP, LLP, fka<br>EAGAN AVENATTI, LLC,<br><br><br><br><br><br><br><br><br><br><br>_____ Debtor. | Case No. 8:19-bk-10822 CB<br><br>Chapter 11<br><br>JOINDER BY 520 NEWPORT CENTER DRIVE, LLC IN JASON KRANK LAW PLC'S MOTION TO DISMISS THIS CASE [DOCKET 2];  DECLARATION OF MARK a. KOMPA<br><br>Date: 3/13/2019<br>Time: 1:30 p.m.<br>Courtroom: 5-D |

  Debtor's former Lessor, 520 Newport Center Drive, LLC ("TIC"), hereby JOINS in the Emergency Motion by Jason Frank Law PLC to dismiss this case or to grant it relief from stay. TIC urges the Court to dismiss this case, retroactively to 3/7/2019—the Petition Date—or, in the alternative, for retroactive relief from stay granted also to TIC.

  1. As set forth in the attached Declaration of Mark Kompa, Debtor is a defaulting tenant

of TIC, on account of a lease for the real property located at 520 Newport Center Drive, Newport Beach, CA ("Property"), and a related storage space No. 1497. On its List of 20 Largest Unsecured Creditors, Debtor admits it owes TIC over $500,000.

2. After Debtor's prior case herein was dismissed, on 8/28/2018 TIC filed a Complaint for Unlawful Detainer in the Orange County Superior Court, Case No. 30-2018-01014921-CU-UD-CJC ("OCSC Case"). On 10/22/2018, after Debtor failed to appear at trial, the Superior Court entered its Order terminating the Lease, and eventually locked Debtor out in November 2018, despite Mr. Avenatti's specious attempts to assert a third party claim under the Lease. Moreover, on 10/22/2018, Debtor changed its name from Eagan Avenatti LLP to The Trial Group LLP, obviously hoping to thwart the looming lockout by TIC and the Marshal/Sherriff. Attached is a copy of Debtor's Amendment to Registration, bearing a file stamp of 10/22/2018.

3. On 12/20/2018 TIC filed a Motion for attorneys' fees and costs, which the Superior Court set for hearing on 3/7/2019. Debtor failed to appear at this hearing, and the Superior Court orally granted TIC's Motion, awarding it $$ in fees and $ in costs. Debtor gave no immediate notice to TIC or its counsel of record in the OCSC Case that Debtor had commenced the instant bankruptcy case at 10:28 PM that same day.

4. TIC urges this Court to dissuade Debtor and its counsel from filing unauthorized, bad faith bankruptcy petitions, and EITHER to dismiss this case, retroactively to 3/7/2019—the Petition Date—or, in the alternative, grant retroactive relief from stay to TIC, effective 3/7/2019.

Date: 3/12/2019                                   **PAGTER AND PERRY ISAACSON**

                                             By: /s/ R. Gibson Pagter, Jr._____
                                                 R. GIBSON PAGTER JR.,
                                                 Attorneys for TIC

## DECLARATION OF MARK A. KOOMPA

1. I am over 18 years of age, and COUNSEL OF RECORD TO 520 Newport Center Drive, LLC ("TIC"). The matters stated herein are true and correct and within my own personal knowledge.

2. Debtor is a defaulting tenant of TIC, on account of a lease for the real property located at 520 Newport Center Drive, Newport Beach, CA ("Property"), and a related storage space No. 1497. On its List of 20 Largest Unsecured Creditors, Debtor admits it owes TIC over $500,000.

3. After Debtor's prior case herein was dismissed, on 8/28/2018 on behalf of TIC I filed a Complaint for Unlawful Detainer in the Orange County Superior Court, Case No. 30-2018-01014921-CU-UD-CJC ("OCSC Case"). On 10/22/2018, after Debtor failed to appear at trial, I proved up TIC's case, and the Superior Court duly entered its Order terminating the Lease and setting a lockout date, and eventually TIC locked Debtor out in November 2018, despite Mr. Avenatti's specious attempts to assert a third party claim under the Lease. Moreover, on 10/22/2018, Debtor changed its name from Eagan Avenatti LLP to The Trial Group LLP, obviously hoping to thwart the looming lockout by TIC and the Marshal/Sherriff. Attached is a true and correct copy of Debtor's Amendment to Registration, which I obtained from the California Office of Secretary of State's website, bearing a file stamp of 10/22/2018.

4. On 12/20/2018 TIC filed a Motion for attorneys' fees and costs, which the Superior Court set for hearing on 3/8/2019 at 9:00 a.m… Debtor failed to appear at this hearing, I appeared at that hearing, and the Superior Court granted TIC's Motion, awarding it fees and costs, as requested. Attached hereto is a true and correct copy of this Order. Debtor gave no immediate notice to TIC or its counsel of record in the OCSC Case that Debtor had

PPI Law
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

-3-

commenced the instant bankruptcy case at 10:28 p.m. on 3/7/2019. Either by fax, phone, email, or by filing and serving a California rules of Court form Notice of Stay.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 3/12/2019 at Laguna Hills, California.

                                /s/Mark A. Kompa
                                MARK A. KOMPA

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **525 N. Cabrillo Park Drive, Suite 104, Santa Ana, CA  92701**

A true and correct copy of the foregoing document entitled (*specify*): **JOINDER BY 520 NEWPORT CENTER DRIVE, LLC IN JASON KRANK LAW PLC'S MOTION TO DISMISS THIS CASE [DOCKET 2];  DECLARATION OF MARK a. KOMPA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **03/13/19**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael Avenatti    mavenatti@eaganavenatti.com, jregnier@eaganavenatti.com
- Jason M Frank    jfrank@lawfss.com, mnowowiejski@lawfss.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Jack A Reitman    jareitman@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com
- John P Reitman    jreitman@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- James R Selth    jim@wsrlaw.net, jselth@yahoo.com;brian@wsrlaw.net;vinnet@ecf.inforuptcy.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **03/13/19**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Hon. Catherine E. Bauer – Judge's Copy – 411 W. Fourth Street, Suite 5165, Santa Ana, CA  92701 (Personal Delivery via First Legal)**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **03/13/19** | **IMELDA BYNOG** | /s/ *Imelda Bynog* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |