Mark A. Kompa, Esq. (# 128374)
mark@kompalawoc.com
Law Offices of Mark A. Kompa
23113 Plaza Pointe, Suite 110
Laguna Hills, California 92653
Telephone: (949) 600-7800
Facsimile: (949) 600-7805

Attorney for **Plaintiff 520 Newport Center Drive LLC**

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

MAR 08 2019

DAVID H. _____, _____ _____ Court

BY: _____ DEPUTY

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

| | |
|---|---|
| 520 NEWPORT CENTER DRIVE LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EAGAN AVENATTI, LLP, a California limited liability partnership,<br><br>Defendant. | CASE # 30-2018-01014921-CU-UD-CJC<br><br>**ORDER GRANTING PLAINTIFF 520 NEWPORT CENTER DRIVE LLC'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS AGAINST DEFENDANT EAGAN AVENATTI, LLP**<br><br><u>Complaint for U/D filed</u>: Aug. 28, 2018<br><br><u>Hearing on Motion</u> (Motion #72951958):<br><br>Date: March 8, 2019 (Fri.) (continued)<br>Time: 9:00 a.m.<br>Dept.: C-14<br><br>**ASSIGNED FOR ALL PURPOSES TO:**<br><br>**JUDGE ROBERT J. MOSS**<br>**DEPARTMENT C-14** |

      On Friday March 8, 2019, a hearing was conducted upon the Plaintiff 520 Newport Center Drive LLC's Motion for Award of Attorneys' Fees and Costs Against Defendant Eagan Avenatti, LLP (sometimes, "E/A") before Judge Robert J. Moss in Department C-14 of the Orange

1

ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

County Superior Court, Central Justice Center in the above-captioned, unlimited commercial unlawful detainer action. Mark A. Kompa, Esq. of the Law Offices of Mark A. Kompa appeared at the hearing on behalf of the Plaintiff and Moving Party 520 Newport Center Drive LLC (sometimes, "520 NCD"). There were no appearances on behalf of the Defendant and Responding Party E/A.

Upon consideration of the Plaintiff 520 NCD's Memorandum of Costs (served and e-filed November 5, 2018) and the moving papers composing the Plaintiff 520 NCD's Motion for Award of Attorneys' Fees and Costs (served and e-filed December 20, 2018) <u>and</u> the Court having found that: **(a)** the Plaintiff 520 NCD was the prevailing party on both of the contracts *vis-à-vis* the Defendant E/A, *i.e.*, the written Lease, dated September 14, 2015, for the nonresidential real property at 520 Newport Center Drive, Suite 1400, Newport Beach, California 92660 (hereinafter, the "Premises") **(Trial Exhibit 1)**, and the written Storage Space Lease, dated January 23, 2015, for the nonresidential storage space at 520 Newport Center Drive, Storage Space No. 1497, Newport Beach, California 92660 (hereinafter, the "Storage Space") **(Trial Exhibit 4)** at the non-jury trial that was conducted before the Court on Monday October 22, 2018; **(b)** the costs (in the amount of $2,109.80) and attorneys' fees (in the amount of $86,760) were both actually incurred and reasonable under the circumstances; **(c)** no motion to tax the Memorandum of Costs and no opposition to the attorneys' fees motion having been filed; <u>and</u> **(d)** good cause having otherwise been shown, **IT IS**

**ORDERED AND DECREED** that the Plaintiff-Moving Party 520 NCD's Motion for Award of Attorneys' Fees and Costs against the Defendant-Responding Party E/A be and hereby is **GRANTED** in its entirety in the above-captioned unlimited unlawful detainer action; <u>and</u> **IT IS**

**FURTHER ORDERED AND DECREED** that the Plaintiff-Moving Party 520 Newport Center Drive LLC, a Delaware limited liability company, be and hereby is **AWARDED ATTORNEYS' FEES**, in the amount of **$86,760**, against the Defendant-Responding Party Eagan

Avenatti, LLP, a California limited liability partnership, in accordance with the Court's Tentative Ruling dated Thursday March 7, 2019 <u>and</u> pursuant to, respectively, Section 14.5 (entitled, "Expenses and Legal Fees") of Article 14 (entitled, "Defaults and Remedies") of the Lease for the Premises (**Trial Exhibit 1**) and Paragraph 10 (entitled, "Attorneys' Fees") of the Storage Space Lease for the Storage Space (**Trial Exhibit 4**) <u>and</u> pursuant to *inter alia* Civil Code §1717 (entitled, "Action on contract; award of attorney's fees and costs; prevailing party, *etc.*") in the above-captioned unlimited unlawful detainer action; <u>and</u> **IT IS**

**FURTHER ORDERED AND DECREED** that the Plaintiff-Moving Party 520 Newport Center Drive LLC, a Delaware limited liability company, be and hereby is **AWARDED COSTS**, in the amount of **$2,109.80** against the Defendant-Responding Party Eagan Avenatti, LLP, a California limited liability partnership, pursuant to *inter alia* Code of Civil Procedure §1021 (entitled in part, "right to costs") in the above-captioned unlimited unlawful detainer action; <u>and</u> **IT IS**

**FINALLY ADJUDGED AND ORDER AND DECREED** that the Clerk of the Court shall enter the foregoing award of attorneys' fees and costs into the Court Judgment After Trial that this Court entered on Monday October 22, 2018 in the above-captioned unlimited unlawful detainer action.

BY THE COURT:

ROBERT J. MOSS

Dated: 3/8/19

JUDGE ROBERT J. MOSS
ORANGE COUNTY SUPERIOR COURT

3

ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS