| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JOHN P. REITMAN (State Bar No. 80579)<br>jreitman@lgbfirm.com<br>JACK. A. REITMAN (State Bar No. 283746)<br>jareitman@lgbfirm.com<br>LANDAU GOTTFRIED & BERGER LLP<br>1801 Century Park East, Suite 700<br>Los Angeles, California 90067<br>Telephone: (310) 557-0050<br>Facsimile: (310) 557-0056<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorneys for:* Brian Weiss, Receiver for Eagan Avenatti, LLP | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>THE TRIAL GROUP LLP; dba TRIAL GROUP; dba TRG LLP; dba EAGAN O'MALLEY & AVENATTI LLP; dba EAGAN AVENATTI LLP,<br><br><br><br><br><br>Debtor(s) | CASE NO.: 8:19-10822-CB |
|---|---|
| | CHAPTER: 11 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** <u>JUDGMENT CREDITOR JASON FRANK LAW, PLC'S EMERGENCY MOTION TO DISMISS CASE OR IN THE ALTERNATIVE RELIEF FROM THE AUTOMATIC STAY; DECLARATION OF ANDREW STOLPER</u> |

PLEASE TAKE NOTE that the order titled <u>Order Granting Emergency Motion to Dismiss Bankruptcy Case </u> was lodged on (*date*) March 13, 2019 and is attached.  This order relates to the motion which is docket number <u>11</u>.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT 1

1  JOHN P. REITMAN (State Bar No. 80579)
   jreitman@lgbfirm.com
2  JACK. A. REITMAN (State Bar No. 283746)
   jareitman@lgbfirm.com
3  LANDAU GOTTFRIED & BERGER LLP
   1801 Century Park East, Suite 700
4  Los Angeles, California 90067
   Telephone: (310) 557-0050
5  Facsimile: (310) 557-0056

6  Attorneys for Brian Weiss,
   Receiver for Eagan Avenatti, LLP
7

8                    **UNITED STATES BANKRUPTCY COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

10  In re                                      Case No. 8:19-bk-10822-CB

11  THE TRIAL GROUP LLP; dba TRIAL             Chapter 11
    GROUP; dba TRG LLP; dba EAGAN
12  O'MALLEY & AVENATTI LLP; dba               **ORDER GRANTING EMERGENCY**
    EAGAN AVENATTI LLP,                        **MOTION TO DISMISS BANKRUPTCY**
13                                             **CASE**

14          Debtor.
                                               **Hearing Date and Time:**
15                                             Date:   March 13, 2019
                                               Time:   1:30 p.m.
16                                             Place:  411 West Fourth Street
                                                       Courtroom 5D
17                                                     Santa Ana, California

18

19

20          A hearing was held on March 13, 2019 at 1:30 p.m., before the Honorable Catherine E.

21  Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D

22  located at 411 West Fourth St., Santa Ana, CA, on judgment creditor Jason Frank Law, PLC's

23  Emergency Motion to Dismiss the Case or in the Alternative Relief from the Automatic Stay, filed

24  on March 8, 2019 as Docket No. 11 (the "Motion"), against debtor The Trial Group LLP; dba

25  Trial Group; dba TRG LLP; dba Eagan O'Malley & Avenatti LLP; dba Eagan Avenatti LLP (the

26  "Debtor").  Appearances were made as noted on the record.

27  / / /

28  / / /

EXHIBIT 1
2

1       Having read and considered the Motion, the supporting declaration, the Joinder and

2 supporting declaration filed by Receiver Brian Weiss, the Debtor's Request for Standard Hearing,

3 the other pleadings and notices on the Court's docket, and the facts and arguments presented on

4 the record, the Court adopts and incorporates the factual statements and legal arguments in the

5 Motion, Joinder, and the statements of counsel for the moving party and the Receiver set forth

6 before it.  Accordingly, the Court rules as follows:

7       IT IS ORDERED

8       1.    The Motion is granted;

9       2.    The petition for relief commencing the above captioned bankruptcy case, *In re The*

10 *Trial Group LLP; dba Trial Group; dba TRG LLP; dba Eagan O'Malley & Avenatti LLP; dba*

11 *Eagan Avenatti LLP*, Case No. 8:19-bk-10822-CB, is null and void and the dismissal of the case is

12 retroactive to the date the petition for relief was filed, March 7, 2019;

13       3.    Michael Avenatti and all other persons acting under his direction or on his behalf in

14 any manner are barred for 180 days from entry of this Order from directly or indirectly

15 orchestrating or causing the Debtor to file for bankruptcy.  **This bar does not apply to Brian**

16 **Weiss as the Receiver for the Debtor**, pursuant to the District Court order entered February 13,

17 2019 as Docket No. 53 in 8:18-cv-01644-VAP-KES, or any successor receiver appointed in that

18 case.

19                               ###

20

21

22

23

24

25

26

27

28

2

EXHIBIT 1
3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Landau Gottfried & Berger LLP, 1801 Century Park East, Suite 700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **Notice of Lodgment of Order in Bankruptcy Case Re:
Judgment Creditor Jason Frank Law, PLC's Emergency Motion to Dismiss Case or in the Alternative Relief from
the Automatic Stay; Declaration of Andrew Stolper** will be served or was served **(a)** on the judge in chambers in the
form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
**03/13/19,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michael Avenatti**    mavenatti@eaganavenatti.com, jregnier@eaganavenatti.com
- **Jason M Frank**    jfrank@lawfss.com, mnowowiejski@lawfss.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **R Gibson Pagter**    gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
- **Jack A Reitman**    jareitman@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com
- **John P Reitman**    jreitman@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com
- **Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- **James R Selth**    jim@wsrlaw.net, jselth@yahoo.com;brian@wsrlaw.net;vinnet@ecf.inforuptcy.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **03/13/19** I served the following persons and/or entities at the last
known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | | |
|---|---|---|---|
| The Honorable Catherine Bauer<br>Central District of California<br>Ronald Reagan Federal<br>Building and Courthouse<br>411 West Fourth Street, Suite<br>5165 / Courtroom 5D<br>Santa Ana, CA 92701-4593 | Frank Sims & Stolper LLP<br>19800 MacArthur<br>Boulevard, Suite 855<br>Irvine, CA 92612 | United States Trustee<br>411 W. Fourth St.<br>Suite 7160<br>Santa Ana, CA 92701 | Michael Avenatti<br>450 Newport Ctr. Dr.<br>2nd Floor<br>Newport Beach, CA 92660 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 13, 2019 | Vanessah Richmond | */s/ Vanessah Richmond* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*