United States Bankruptcy Court
Central District of California

In re:  
The Trial Group LLP  
    Debtor

Case No. 19-10822-CB  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 1     Date Rcvd: Mar 11, 2019  
                    Form ID: pdf042     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2019.  
db            +The Trial Group LLP,   520 Newport Center Drive,   Suite 1400,   Newport Beach, CA 92660-7020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2019 at the address(es) listed below:

        Jack A Reitman    on behalf of Interested Party    Courtesy NEF jareitman@lgbfirm.com,
         srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com  
        James R Selth    on behalf of Interested Party    Courtesy NEF jim@wsrlaw.net,
         jselth@yahoo.com;brian@wsrlaw.net;vinnet@ecf.inforuptcy.com  
        Jason M Frank    on behalf of Creditor    Jason Frank Law, PLC jfrank@lawfss.com,
         mnowowiejski@lawfss.com  
        John P Reitman    on behalf of Interested Party    Courtesy NEF jreitman@lgbfirm.com,
         srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com  
        Michael Avenatti    on behalf of Debtor    The Trial Group LLP mavenatti@eaganavenatti.com,
         jregnier@eaganavenatti.com  
        Michael J Hauser    on behalf of U.S. Trustee    United States Trustee (SA) michael.hauser@usdoj.gov  
        Ronald N Richards    on behalf of Interested Party    Courtesy NEF ron@ronaldrichards.com,
         morani@ronaldrichards.com,justin@ronaldrichards.com  
        United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

                                                                                                       TOTAL: 8

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Jason M. Frank, SBN 190957<br>Scott H. Sims, SBN 234148<br>Andrew D. Stolper, SBN 205462<br>Frank Sims & Stolper LLP<br>19800 MacArthur Boulevard, Suite 855<br>Irvine, California 92612,<br>Tel: 949-201-2400<br>Fax: 949-201-2401<br>astolper@lawfss.com<br>ssims@lawfss.com<br>jfrank@lawfss.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Jason Frank Law, PLC, Judgment Creditor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAR 11 2019**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY le        DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>THE TRIAL GROUP, LLP f/k/a Eagan Avenatti, LLP,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:19-bk-10822-CB<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |

**Movant** (*name*): Judgment Creditor Jason Frank Law, PLC

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: **Judgment Creditor Jason Frank Law, PLC's Emergency Motion to Dismiss**

   b. *Date of filing of motion:* 03/8/2019

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: March 8, 2019

3. Based upon the court's review of the application, it is ordered that:

   a. ☐  The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

   b. ☒  The Application is granted, and it is further ordered that:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 1                          F 9075-1.1.ORDER.SHORT.NOTICE

(1) ☒  A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** March 13, 2019<br>**Time:**  1:30 p.m.<br>**Courtroom:**  5D | **Place:**<br>☐  **255 East Temple Street, Los Angeles, CA 90012**<br>☐  **21041 Burbank Boulevard, Woodland Hills, CA 91367**<br>☐  **3420 Twelfth Street, Riverside, CA 92501**<br>☒  **411 West Fourth Street, Santa Ana, CA 92701**<br>☐  **1415 State Street, Santa Barbara, CA 93101** |

(2) ☒  No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) _Deadlines:_ | (B) _Persons/entities to be provided with telephonic notice:_ |
|---|---|
| Date: March 11, 2019<br><br>Time: 5:00 p.m. | _All relevant parties._<br><br>☐  See attached page<br>(C) _Telephonic notice is also required upon_ the United States trustee |

(3) ☒  No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:    ☒  one of the methods checked    ☐  all of the methods checked

(A)  ☒  Personal Delivery    ☒  Overnight Mail    ☐  First class mail    ☒  Facsimile*    ☒  Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with written notice and a copy of this order:_ |
|---|---|
| Date: March 11, 2019<br><br>Time: 5:00 p.m. | _All relevant parties._<br><br>☐  See attached page<br>(D) S_ervice is also required upon_:<br>-- United States trustee _(electronic service is not permitted)_<br>-- Judge's copy personally delivered to chambers<br>    (_see Court Manual for address_) |

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_December 2013_                                      Page 2                              **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:  ☒ one of the methods checked   ☐ all of the methods checked

(A) ☒ Personal Delivery  ☒ Overnight Mail  ☐ First Class Mail  ☒ Facsimile*  ☒ Email*

(B) *Deadlines:*
Date: March 11, 2019
Time: 5:00 p.m.

(C) *Persons/entities to be served with motion, declarations, supporting documents:*

*All relevant parties.*

☐ See attached page

(D) *Service is also required upon:*
 -- United States trustee *(no electronic service permitted)*
 -- Judge's copy personally delivered to chambers
    (*see Court Manual for address*)

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

(B) *Deadlines:*
Date:
Time:

(C) *Persons/entities to be served with written opposition to the motion:*
 -- movant's attorney (or movant, if movant is not represented by an attorney)

(D) *Service is also required upon:*
 -- United States trustee (*electronic service is not permitted*)
 -- Judge's copy personally delivered to chambers
    (*see Court Manual for address*)

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                           Page 3                           **F 9075-1.1.ORDER.SHORT.NOTICE**

| (B) *Deadlines:* | (C) *Persons/entities to be served with written reply to opposition:* |
|---|---|
| Date: | -- All persons/entities who filed a written opposition |
| Time: | |
| | (D) *Service is also required upon*: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's Copy personally delivered to chambers (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☐ at least 2 days before the hearing.
>
> ☒ no later than:    Date: March 12, 2019    Time: 5:00 p.m.

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: March 11, 2019

Catherine Bauer
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                     Page 4                     **F 9075-1.1.ORDER.SHORT.NOTICE**