R. GIBSON PAGTER, JR. CA SBN 116450
**PAGTER AND PERRY ISAACSON**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Telephone: (714) 541-6072
Facsimile: (714) 541-6897
Email: gibson@ppilawyers.com

Attorneys for 520 Newport Center Drive, LLC

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE TRIAL GROUP, LLP, f/k/a<br>EAGAN AVENATTI, LLC,<br><br><br><br><br><br><br><br><br><br><br>Debtor. | Case No. 8:19-bk-10822 CB<br><br>Chapter 11<br>AMENDED<br>JOINDER BY 520 NEWPORT CENTER<br>DRIVE, LLC IN JASON FRANK LAW PLC'S<br>MOTION TO DISMISS THIS CASE [DOCKET<br>2]; DECLARATION OF MARK a. KOMPA<br><br>Date: 3/13/2019<br>Time: 1:30 p.m.<br>Courtroom: 5-D |

The Irvine Company LLC and its ownership entity, the Debtor's former Lessor, 520 Newport Center Drive, LLC ("520 NCD"), hereby JOIN in the Emergency Motion by Jason Frank Law PLC to dismiss the Chapter 11 bankruptcy case of the Debtor The Trial Group, LLP, f/k/a Eagan Avenatti, LLP (collectively, the "E/A" or the "Debtor") or to grant 520 NCD relief from the Automatic Stay. The Irvine Company and 520 NCD jointly urge the Bankruptcy

PPI Law
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

-1-

Court to dismiss this case retroactively to 3/7/2019—the Petition Date—or, in the alternative, for retroactive relief from the Automatic Stay which likewise should be granted to The Irvine Company and 520 NCD based upon the following:

1. As set forth in the attached Declaration of Mark Kompa, Debtor is a defaulting tenant of the Lessor 520 NCD under two written lease agreements for respectively the *nonresidential* real property located at 520 Newport Center Drive, Suite 1400, Newport Beach, California ("Premises"), and Storage Space No. 1497 there ("Storage Space"). On its List of 20 Largest Unsecured Creditors, the Debtor admits it owes The Irvine Company over $500,000.

2. After the Bankruptcy Court dismissed the Debtor's prior Chapter 11 bankruptcy case on 3/15/2018, the Joining Party 520 NCD, as Plaintiff, filed a Verified Complaint for Unlawful Detainer against E/A, as Defendant, with the Orange County Superior Court, Case No. 30-2018-01014921-CU-UD-CJC ("U/D"). The Orange County Superior Court set a non-jury trial for 10/22/2018. The Defendant E/A failed to appear for trial and so the Plaintiff 520 NCD proceeded to prove-up the Plaintiff 520 NCD's unlawful detainer claim in a one-hour, three-witness trial. At the conclusion of the Plaintiff's case-in-chief, the Court entered a Court Judgment After Trial for forfeiture of both lease agreements, possession of both the Premises and the Storage Space and net rental damages (after deduction of E/A's cash Security Deposit in the amount of $59,761) totaling $154,004.59 in favor of the Plaintiff 520 NCD and against the Defendant E/A in the U/D.

3. The Court Judgment After Trial is final and non-appealable.

4. On 11/28/2018, the Orange County Sheriff's Dept. formally evicted the Defendant E/A from both the Premises and the Storage Space, despite E/A's bad-faith attempts to assert spurious third-party *Arrieta* claims. Specifically, six days before the unlawful

PPI Law
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

detainer trial, on 10/16/2018, E/A changed its name from "Eagan Avenatti LLP" to "The Trial Group LLP", apparently hoping to thwart its eviction from the Premises and the Storage Space. Attached is a conformed copy of Debtor's Amendment to Registration, bearing the California Secretary of State's file stamp of 10/16/2018.

5. On 11/5/2018, the Plaintiff 520 NCD properly e-filed and served its Plaintiff's Memorandum of Costs in the amount of $2,109.80 in the U/D. The Defendant E/A failed to file a motion to either tax or strike the costs.

6. On 12/20/2018, the Plaintiff 520 NCD properly e-filed and served the Plaintiff 520 NCD's Motion for Award of Attorneys' Fees and Costs against the Defendant E/A in the U/D. The Defendant E/A did not oppose the motion and did not appear at the hearing on the motion.

7. The Orange County Superior Court originally set the hearing upon the motion for 3/1/19, but continued the hearing for one week based upon the unavailability of the trial jurist, Judge Robert J. Moss, to 3/8/2019.

8. On 3/7/2019 around 4:00 p.m., the trial jurist Judge Moss issued his on-line Tentative Ruling, granting the Plaintiff 520 NCD's attorneys' fees motion in its entirety and awarding 520 NCD attorneys' fees in the amount of $86,760 *plus* court costs in the amount of $2,109.80 for a total award of $88,869.80.

9. At the continued hearing the next day, Judge Moss entered a formal Order Granting Plaintiff 520 Newport Center Drive LLC's Motion for Award of Attorneys' Fees and Costs Against Eagan Avenatti, LLC in accordance with his Tentative Ruling. The Debtor did not provide The Irvine Company or the Plaintiff 520 NCD or the Plaintiff's counsel of record in the U/D, Mark A. Kompa, Esq., with any notice of its bankruptcy filing prior to the hearing on

PPI Law
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

-3-

the Plaintiff 520 NCD's attorneys' fees motion, which the Debtor apparently had filed on 3/7/2018 at 10:28 p.m.

10. The Irvine Company and 520 NCD request the Bankruptcy Court *either* to dismiss the Debtor's bankruptcy case, retroactively to 3/7/2019—the Petition Date—or, in the alternative, grant retroactive relief from the Automatic Stay to The Irvine Company and 520 NCD, effective 3/7/2019.

Respectfully submitted,

Date: 3/12/2019

**PAGTER AND PERRY ISAACSON**

By: /s/ R. Gibson Pagter, Jr.
R. GIBSON PAGTER JR.,
Attorneys for TIC

## DECLARATION OF MARK A. KOOMPA

1. I am over 18 years of age, and counsel of record to The Irvine Company LLC and its single-purpose ownership entity 520 Newport Center Drive LLC in the U/D. The matters stated in this declaration are true and correct and within my own personal knowledge.

2. After the Bankruptcy Court dismissed the Debtor's prior Chapter 11 bankruptcy case on 3/15/2018, I prepared and e-filed a Verified Complaint for Unlawful Detainer on behalf of 520 NCD, as Plaintiff, against E/A, as Defendant, thereby instituting the Orange County Superior Court unlimited *commercial* unlawful detainer action, captioned *520 Newport Center Drive LLC v. Eagan Avenatti, LLP*, Case No. 30-2018-01014921-CU-UD-CJC ("U/D"). The Clerk of the Orange County Superior Court set a non-jury trial for 10/22/2018 in the U/D. On 10/22/2018, I appeared for trial on behalf of the Plaintiff 520 NCD, but the Defendant E/A did

PPI Law
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

-4-

not show. Accordingly, I proceeded and presented a one-hour, three-witness case-in-chief to prove-up the Plaintiff 520 NCD's unlawful detainer claim against the Defendant E/A. At the conclusion of my case-in-chief, I rested and the Orange County Superior Court entered a Court Judgment After Trial for forfeiture of both lease agreements, possession of both the Premises and the Storage Space and net rental damages (after deduction of E/A's cash Security Deposit in the amount of $59,761) totaling $154,004.59 in favor of the Plaintiff 520 NCD and against the Defendant E/A in the U/D.

3. The Court Judgment After Trial in the U/D is final and non-appealable.

4. On 11/28/2018, I attended the Orange County Sheriff's Dept.'s eviction of the Defendant E/A from both the Premises and the Storage Space. The Defendant E/A had attempted to thwart its eviction by filing frivolous third-party *Arrieta* claims. In particular, six days before the U/D trial, on 10/16/2018, the Defendant E/A changed its name from "Eagan Avenatti LLP" to "The Trial Group LLP", obviously hoping to thwart its eviction from the Premises and Storage Space. Attached is a conformed copy of Debtor's Amendment to Registration, bearing the California Secretary of State's file stamp of 10/16/2018.

5. On 12/20/2018, I filed the Plaintiff 520 NCD's Motion for Award of Attorneys' Fees and Costs against the Defendant E/A in the U/D. The Defendant E/A did not oppose the motion.

6. The Clerk of the Orange County Superior Court originally set the hearing upon the motion for 3/1/19, but when I appeared for the hearing on 3/1/19, the Clerk of the Court continued the hearing for one week based upon the unavailability of the trial jurist, Judge Robert J. Moss, to 3/8/19. The Defendant E/A did not appear at the law and motion hearing on 3/1/19.

7. On 3/7/19 around 4:00 p.m., I reviewed Judge Moss' on-line Tentative Ruling, granting the Plaintiff 520 NCD's attorneys' fees motion in its entirety and awarding 520 NCD attorneys' fees in the amount of $86,760 *plus* court costs in the amount of $2,109.80 for a total award of $88,869.80.

8. At the continued hearing on our attorneys' fees motion around 9:00 a.m. the next day, Judge Moss entered a formal Order Granting Plaintiff 520 Newport Center Drive LLC's Motion for Award of Attorneys' Fees and Costs Against Eagan Avenatti, LLC, which I had prepared and witnessed him sign at the continued hearing, in accordance with his Tentative Ruling. The Defendant E/A did not appear at the law and motion hearing on 3/8/19. Attached hereto is a genuine and complete conformed copy of the Order.

9. The Debtor did not provide me or, insofar as I am aware, either of my clients The Irvine Company or the Plaintiff 520 NCD, with timely notice of its bankruptcy filing prior to the continued hearing on the Plaintiff 520 NCD's attorneys' fees motion on 3/8/19 at 9:00 a.m., which the Debtor apparently had filed on 3/7/18 at 10:28 p.m., either by fax, telephone, e-mail, or by filing and serving a Notice of Stay in accordance with the California Rules of Court.

10. Based upon the foregoing, The Irvine Company and 520 NCD jointly request the Bankruptcy Court *either* to dismiss this bankruptcy case, retroactively to 3/7/2019—the Petition Date—or, in the alternative, grant retroactive relief from the Automatic Stay to The Irvine Company and 520 NCD, effective 3/7/2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 3/12/2019 at Laguna Hills, California.

*Mark A. Kompa*
MARK A. KOMPA

PPI Law
325 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-4173

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **525 N. Cabrillo Park Drive, Suite 104, Santa Ana, CA 92701**

A true and correct copy of the foregoing document entitled (*specify*): **AMDEND JOINDER BY 520 NEWPORT CENTER DRIVE, LLC IN JASON KRANK LAW PLC'S MOTION TO DISMISS THIS CASE [DOCKET NO. 2]; DECLARATION OF MARK A. KOMPA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **03/14/19**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael Avenatti    mavenatti@eaganavenatti.com, jregnier@eaganavenatti.com
- Jason M Frank    jfrank@lawfss.com, mnowowiejski@lawfss.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Jack A Reitman    jareitman@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com
- John P Reitman    jreitman@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- James R Selth    jim@wsrlaw.net, jselth@yahoo.com;brian@wsrlaw.net;vinnet@ecf.inforuptcy.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **03/14/19**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S. Bankruptcy Court
Santa Ana Division
**Attn: Hon. Catherine E. Bauer**
411 W. Fourth Street, Suite 5165
Santa Ana, CA 92701
**(Judge's Copy)**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/14/19 | IMELDA BYNOG | /s/ *Imelda Bynog* |
|---|---|---|
| Date | Printed Name | Signature |