| LLP-2 | Amendment to Registration of a Limited Liability Partnership (LLP) |
|---|---|

To change information of record for your LLP, fill out this form, and submit for filing along with:

- A $30 filing fee.
- If your LLP is a registered foreign LLP and the name of that LLP has changed, include a valid certificate by an authorized public official of the jurisdiction where the LLP was organized, certifying that the LLP is in good standing and that the name was changed according to the laws of that jurisdiction.
- A separate, non-refundable $15 service fee also must be included, if you drop off the completed form.

Items 3–6: Only fill out the information that is changing. Attach extra pages if you need to include any other matters.

**FILED**
Secretary of State
State of California

OCT 1 6 2018

IPC     This Space For Office Use Only

For questions about this form, go to www.sos.ca.gov/business-programs/business-entities/filing-tips.

① **LLP's File No.** (Issued by CA Secretary of State)
202007221001
If you don't know the file number, leave Item 1 blank.

② **LLP's Exact Name** (on file with CA Secretary of State)
Eagan Avenatti, LLP

**New LLP Name**
③ The Trial Group, LLP
*Proposed New LLP Name*

The new name must end with: Registered Limited Liability Partnership, Limited Liability Partnership, L.L.P., LLP, R.L.L.P., or RLLP.

**New LLP Address**
④ a. 520 Newport Center Drive, Suite 1400     Newport Beach     CA  92660
*Street Address of Principal Office*     *City (no abbreviations)*     *State  Zip*

b. _____
*Mailing Address of Principal Office, if different from 4a*     *City (no abbreviations)*     *State  Zip*

**New Agent/Address for Service of Process** (The agent must be a CA resident or an active 1505 corporation in CA.)
⑤ a. Michael J. Avenatti
*Agent's Name*

b. 520 Newport Center Drive, Suite 1400     Newport Beach     CA  92660
*Agent's Street Address (if agent is not a corporation)*     *City (no abbreviations)*     *State  Zip*

**New Type of Business**
⑥ The business in which the LLP is engaged is (check only one box):
- ☐ The practice of Architecture
- ☐ The practice of Engineering
- ☐ The practice of Land Surveying
- ☑ The practice of Law
- ☐ The practice of Public Accountancy
- ☐ Related to: _____

List the name of the LLP to which your LLP is related, exactly as it appears on the records of the California Secretary of State. A related LLP is a California registered LLP that practices public accountancy or law, or is a foreign LLP.

Read and sign below: This form must be signed by an authorized person. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are part of this amendment.

▶ _[signature]_     Michael J. Avenatti     Managing Partner
*Sign here*     *Print your name here*     *Your business title*

Make check/money order payable to: Secretary of State
Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee.

**By Mail**
Secretary of State
Business Entities, P.O. Box 944228
Sacramento, CA 94244-2280

**Drop-Off**
Secretary of State
1500 11th Street, 3rd Floor
Sacramento, CA 95814

Corporations Code §§ 16954, 16960
LLP-2 (REV 12/2014)

2014 California Secretary of State
www.sos.ca.gov/business-programs



I hereby certify that the foregoing
transcript of _____ / _____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

Date: __NOV 2 0 2018__    CFG

*Alex Padilla*
ALEX PADILLA, Secretary of State