

**FILED & ENTERED**

MAR 15 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY le           DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**THE TRIAL GROUP LLP**<br>*dba* Trial Group<br>*dba* TRG LLP<br>*dba* Eagan O'Malley & Avenatti LLP<br>*dba* Eagan Avenatti LLP<br><br>Debtor(s). | Case No. 8:19-bk-10822-CB<br><br>Chapter 11<br><br>**ORDER TO SHOW CAUSE RE SANCTIONS FOR FILING CASE IN VIOLATION OF THE JOINT STIPULATION RE ORDER APPOINTING RECEIVER AND ISSUING RESTRAINING ORDER**<br><br>Date:     May 8, 2019<br>Time:    10:00 a.m.<br>Courtroom 5D<br>Address: 411 W Fourth Street<br>              Santa Ana CA  92701 |

On March 7, 2019, Michael Avenatti ("Avenatti") filed this bankruptcy case as attorney for the debtor and its purported dbas and/or fkas.  In doing so, he violated the terms of the Joint Stipulation re Order Appointing Receiver and Issuing Restraining Order ("Order") entered by Judge Karen E. Scott on February 13, 2019 in the case of <u>In Re Eagan Avenatti LLP</u>, District Court Case No. 8:18-CV-01644-VAP-KES.

//

//

Paragraph 14(s) of the Order states that "The Receiver shall…(h)ave the sole authority regarding whether to file a petition for bankruptcy."

Despite being explicitly reminded by Brian Weiss, the receiver, that he was not authorized to file a bankruptcy on behalf of Eagan Avenatti LLP, Avenatti filed this case.

IT IS ORDERED:

1.) Avenatti shall **personally appear** on May 8, 2019 at 10:00 a.m. in Courtroom 5D, 411 West Fourth Street, Santa Ana, California, 92701.

2.) Avenatti shall show cause, if any, why he should not be sanctioned for filing this bankruptcy case without authority and in violation of his responsibilities under Bankruptcy Rule 9011 in that it appears this bankruptcy case was presented for an improper purpose and to cause unnecessary delay or needless increase in the cost of litigation, in violation of Bankruptcy Rule 9011(b)(1).

###

Date: March 15, 2019

Catherine Bauer
United States Bankruptcy Judge