United States Bankruptcy Court
Central District of California

In re:                                                                          Case No. 19-10822-CB
The Trial Group LLP                                                             Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-8         User: admin              Page 1 of 1              Date Rcvd: Mar 15, 2019
                             Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2019.
db             +The Trial Group LLP,   520 Newport Center Drive,   Suite 1400,   Newport Beach, CA 92660-7020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2019 at the address(es) listed below:
              Jack A Reitman    on behalf of Interested Party    Courtesy NEF jareitman@lgbfirm.com,
               srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com
              Jack A Reitman    on behalf of Interested Party Brian   Weiss jareitman@lgbfirm.com,
               srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com
              James R Selth    on behalf of Interested Party    Courtesy NEF jim@wsrlaw.net,
               jselth@yahoo.com;brian@wsrlaw.net;vinnet@ecf.inforuptcy.com
              Jason M Frank    on behalf of Creditor    Jason Frank Law, PLC jfrank@lawfss.com,
               mnowowiejski@lawfss.com
              John P Reitman    on behalf of Interested Party    Courtesy NEF jreitman@lgbfirm.com,
               srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com
              Michael Avenatti    on behalf of Debtor    The Trial Group LLP mavenatti@eaganavenatti.com,
               jregnier@eaganavenatti.com
              Michael J Hauser    on behalf of U.S. Trustee    United States Trustee (SA) michael.hauser@usdoj.gov
              R Gibson Pagter, Jr.    on behalf of Creditor    520 Newport Center Drive, LLC
               gibson@ppilawyers.com,    ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
              Ronald N Richards    on behalf of Interested Party    Courtesy NEF ron@ronaldrichards.com,
               morani@ronaldrichards.com,justin@ronaldrichards.com
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                                TOTAL: 10

**FILED & ENTERED**

**MAR 15 2019**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY le    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

**THE TRIAL GROUP LLP**
*dba* Trial Group
*dba* TRG LLP
*dba* Eagan O'Malley & Avenatti LLP
*dba* Eagan Avenatti LLP

Debtor(s).

Case No. 8:19-bk-10822-CB

Chapter 11

**ORDER TO SHOW CAUSE RE SANCTIONS FOR FILING CASE IN VIOLATION OF THE JOINT STIPULATION RE ORDER APPOINTING RECEIVER AND ISSUING RESTRAINING ORDER**

Date:    May 8, 2019
Time:    10:00 a.m.
Courtroom 5D
Address:    411 W Fourth Street
            Santa Ana CA  92701

On March 7, 2019, Michael Avenatti ("Avenatti") filed this bankruptcy case as attorney for the debtor and its purported dbas and/or fkas.  In doing so, he violated the terms of the Joint Stipulation re Order Appointing Receiver and Issuing Restraining Order ("Order") entered by Judge Karen E. Scott on February 13, 2019 in the case of In Re Eagan Avenatti LLP, District Court Case No. 8:18-CV-01644-VAP-KES.

//

//

Paragraph 14(s) of the Order states that "The Receiver shall…(h)ave the sole authority regarding whether to file a petition for bankruptcy."

Despite being explicitly reminded by Brian Weiss, the receiver, that he was not authorized to file a bankruptcy on behalf of Eagan Avenatti LLP, Avenatti filed this case.

IT IS ORDERED:

1.) Avenatti shall **personally appear** on May 8, 2019 at 10:00 a.m. in Courtroom 5D, 411 West Fourth Street, Santa Ana, California, 92701.

2.) Avenatti shall show cause, if any, why he should not be sanctioned for filing this bankruptcy case without authority and in violation of his responsibilities under Bankruptcy Rule 9011 in that it appears this bankruptcy case was presented for an improper purpose and to cause unnecessary delay or needless increase in the cost of litigation, in violation of Bankruptcy Rule 9011(b)(1).

###

Date: March 15, 2019

Catherine Bauer
United States Bankruptcy Judge

2