James C. Bastian, Jr. - Bar No. 175415
Melissa Davis Lowe - Bar No. 245521
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:  (949) 340-3400
Facsimile:  (949) 340-3000
Email:  JBastian@shbllp.com
  MLowe@shbllp.com

Attorneys for Michael J. Avenatti

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**THE TRIAL GROUP LLP; dba TRIAL GROUP; dba TRG LLP; dba EAGAN O'MALLEY & AVENATTI LLP; dba EAGAN AVENATTI LLP,**<br><br>Debtor. | Case No. 8:19-bk-10822-CB<br><br>Chapter 11<br><br>**MICHAEL J. AVENNATI'S OBJECTION TO PROPOSED FORM OF ORDER GRANTING EMERGENCY MOTION TO DISMISS BANKRUPTCY CASE PURSUANT TO LOCAL BANKRUPTCY RULE 9021-1(b)(3)(B)**<br><br>[Alternative form of order lodged concurrently herewith]<br><br><u>Hearing</u><br>Date:  March 13, 2019<br>Time:  1:30 p.m.<br>Ctrm.:  5D |

TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE, AND ALL OTHER INTERESTED PARTIES:

### I. INTRODUCTION

Michael J. Avennati ("Avennati") hereby submits his Objection to the Proposed Form of Order Granting Emergency Motion to Dismiss Bankruptcy Case ("Objection") submitted by Brian Weiss, Receiver for Eagan Avenatti, LLP ("Receiver") pursuant to Local Bankruptcy Rules 9021-1(b)(3)(B).

Specifically, Avennati objects because the language in the Receiver's proposed order goes beyond the scope of the ruling made at the hearing on Judgment Creditor Jason Frank Law, PLC's Emergency Motion to Dismiss Case or in the Alternative Relief From the Automatic Stay ("Motion"). For the reasons discussed in detail below, Avennati requests the Court enter his alternative proposed form of order which is attached hereto and lodged concurrently herewith.

## II.    OBJECTION TO PROPOSED ORDER

Following a hearing on the Motion held on March 13, 2019, the Receiver submitted a Proposed Order Granting Emergency Motion to Dismiss Bankruptcy Case ("Proposed Order") and Notice of Lodgment of the Proposed Order (Docket 31). A true and correct copy of the Notice of Lodgment and Proposed Order is attached hereto as Exhibit "1."

The Proposed Order includes the following language at page 2, lines 4-6:

> the Court adopts and incorporates the factual statements and legal arguments presented in the Motion, Joinder, and the statements of counsel for the moving party and the Receiver set forth before it.

Avennati objects to the language quoted above because the Court did not expressly adopt any factual statements or legal arguments presented by any party. Instead, the Court granted the Motion for the reasons stated on the record. As such, the Order the Court enters on the Motion should state that the reasons for granting the Motion were as stated on the record at the hearing and should not state that the Court adopted any statements or arguments made by any party related to the Motion.

Attached hereto as Exhibit "2" and lodged concurrently herewith is Avennati's proposed alternative form of order which eliminates the language quoted above.

///

///

### III. CONCLUSION

For the reasons set forth herein, Avennati requests that his alternative proposed form of order attached hereto as Exhibit "2" and lodged concurrently herewith be entered in place of the Proposed Order lodged by the Receiver.

**SHULMAN HODGES & BASTIAN LLP**

DATED: March 18, 2019       By:     /s/ James C. Bastian, Jr.
                                    James C. Bastian, Jr.
                                    Melissa Davis Lowe
                                    Attorneys for Michael J. Avennati

# EXHIBIT "1"

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>JOHN P. REITMAN (State Bar No. 80579)<br>jreitman@lgbfirm.com<br>JACK. A. REITMAN (State Bar No. 283746)<br>jareitman@lgbfirm.com<br>LANDAU GOTTFRIED & BERGER LLP<br>1801 Century Park East, Suite 700<br>Los Angeles, California 90067<br>Telephone: (310) 557-0050<br>Facsimile: (310) 557-0056<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorneys for:* Brian Weiss, Receiver for Eagan Avenatti, LLP | FOR COURT USE ONLY |
|---|---|

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re:<br><br>THE TRIAL GROUP LLP; dba TRIAL GROUP; dba TRG LLP; dba EAGAN O'MALLEY & AVENATTI LLP; dba EAGAN AVENATTI LLP,<br><br>Debtor(s) | CASE NO.: 8:19-10822-CB<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** <u>JUDGMENT CREDITOR JASON FRANK LAW, PLC'S EMERGENCY MOTION TO DISMISS CASE OR IN THE ALTERNATIVE RELIEF FROM THE AUTOMATIC STAY; DECLARATION OF ANDREW STOLPER</u> |
|---|---|

PLEASE TAKE NOTE that the order titled <u>Order Granting Emergency Motion to Dismiss Bankruptcy Case</u> was lodged on (*date*) March 13, 2019 and is attached. This order relates to the motion which is docket number <u>11</u>.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 1                    F 9021-1.2.BK.NOTICE.LODGMENT

# EXHIBIT 1

1  JOHN P. REITMAN (State Bar No. 80579)
   jreitman@lgbfirm.com
2  JACK. A. REITMAN (State Bar No. 283746)
   jareitman@lgbfirm.com
3  LANDAU GOTTFRIED & BERGER LLP
   1801 Century Park East, Suite 700
4  Los Angeles, California 90067
   Telephone: (310) 557-0050
5  Facsimile: (310) 557-0056

6  Attorneys for Brian Weiss,
   Receiver for Eagan Avenatti, LLP
7

8                    UNITED STATES BANKRUPTCY COURT

9          CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10 | In re                                | Case No. 8:19-bk-10822-CB
11 | THE TRIAL GROUP LLP; dba TRIAL       | Chapter 11
12 | GROUP; dba TRG LLP; dba EAGAN        |
   | O'MALLEY & AVENATTI LLP; dba         | ORDER GRANTING EMERGENCY
13 | EAGAN AVENATTI LLP,                  | MOTION TO DISMISS BANKRUPTCY
   |                                      | CASE
14 |       Debtor.                        |
15 |                                      | **Hearing Date and Time:**
   |                                      | Date:  March 13, 2019
16 |                                      | Time:  1:30 p.m.
   |                                      | Place: 411 West Fourth Street
17 |                                      |        Courtroom 5D
   |                                      |        Santa Ana, California
18

19

20       A hearing was held on March 13, 2019 at 1:30 p.m., before the Honorable Catherine E.

21 Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D

22 located at 411 West Fourth St., Santa Ana, CA, on judgment creditor Jason Frank Law, PLC's

23 Emergency Motion to Dismiss the Case or in the Alternative Relief from the Automatic Stay, filed

24 on March 8, 2019 as Docket No. 11 (the "Motion"), against debtor The Trial Group LLP; dba

25 Trial Group; dba TRG LLP; dba Eagan O'Malley & Avenatti LLP; dba Eagan Avenatti LLP (the

26 "Debtor"). Appearances were made as noted on the record.

27 ///

28 ///

EXHIBIT 1
2

Having read and considered the Motion, the supporting declaration, the Joinder and supporting declaration filed by Receiver Brian Weiss, the Debtor's Request for Standard Hearing, the other pleadings and notices on the Court's docket, and the facts and arguments presented on the record, the Court adopts and incorporates the factual statements and legal arguments in the Motion, Joinder, and the statements of counsel for the moving party and the Receiver set forth before it. Accordingly, the Court rules as follows:

IT IS ORDERED

1. The Motion is granted;

2. The petition for relief commencing the above captioned bankruptcy case, *In re The Trial Group LLP; dba Trial Group; dba TRG LLP; dba Eagan O'Malley & Avenatti LLP; dba Eagan Avenatti LLP*, Case No. 8:19-bk-10822-CB, is null and void and the dismissal of the case is retroactive to the date the petition for relief was filed, March 7, 2019;

3. Michael Avenatti and all other persons acting under his direction or on his behalf in any manner are barred for 180 days from entry of this Order from directly or indirectly orchestrating or causing the Debtor to file for bankruptcy. **This bar does not apply to Brian Weiss as the Receiver for the Debtor**, pursuant to the District Court order entered February 13, 2019 as Docket No. 53 in 8:18-cv-01644-VAP-KES, or any successor receiver appointed in that case.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Landau Gottfried & Berger LLP, 1801 Century Park East, Suite 700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **Notice of Lodgment of Order in Bankruptcy Case Re: Judgment Creditor Jason Frank Law, PLC's Emergency Motion to Dismiss Case or in the Alternative Relief from the Automatic Stay; Declaration of Andrew Stolper** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **03/13/19,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael Avenatti    mavenatti@eaganavenatti.com, jregnier@eaganavenatti.com
- Jason M Frank    jfrank@lawfss.com, mnowowiejski@lawfss.com
- Michael J Hauser    michael.hauser@usdoj.gov
- R Gibson Pagter    gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
- Jack A Reitman    jareitman@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com
- John P Reitman    jreitman@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- James R Selth    jim@wsrlaw.net, jselth@yahoo.com;brian@wsrlaw.net;vinnet@ecf.inforuptcy.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) **03/13/19** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | | |
|---|---|---|---|
| The Honorable Catherine Bauer<br>Central District of California<br>Ronald Reagan Federal<br>Building and Courthouse<br>411 West Fourth Street, Suite<br>5165 / Courtroom 5D<br>Santa Ana, CA 92701-4593 | Frank Sims & Stolper LLP<br>19800 MacArthur<br>Boulevard, Suite 855<br>Irvine, CA 92612 | United States Trustee<br>411 W. Fourth St.<br>Suite 7160<br>Santa Ana, CA 92701 | Michael Avenatti<br>450 Newport Ctr. Dr.<br>2nd Floor<br>Newport Beach, CA 92660 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 13, 2019 | Vanessah Richmond | /s/ Vanessah Richmond |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

# EXHIBIT "2"

James C. Bastian, Jr. - Bar No. 175415
Melissa Davis Lowe - Bar No. 245521
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:  (949) 340-3400
Facsimile:  (949) 340-3000
Email:  JBastian@shbllp.com
        MLowe@shbllp.com

Attorneys for Michael J. Avenatti

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**THE TRIAL GROUP LLP; dba TRIAL GROUP; dba TRG LLP; dba EAGAN O'MALLEY & AVENATTI LLP; dba EAGAN AVENATTI LLP,**<br><br>Debtor. | Case No. 8:19-bk-10822-CB<br><br>Chapter 11<br><br>**ORDER GRANTING EMERGENCY MOTION TO DISMISS BANKRUPTCY CASE**<br><br>[Alternative Form of Order proposed pursuant to concurrently filed Objection to Proposed Order pursuant to LBR 9021-1(b)(3)(B)]<br><br>Hearing<br>Date:  March 13, 2019<br>Time:  1:30 p.m.<br>Ctrm.:  5D |

A hearing was held on March 13, 2019 at 1:30 p.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth St., Santa Ana, CA, on judgment creditor Jason Frank Law, PLC's Emergency Motion to Dismiss the Case or in the Alternative Relief from the Automatic Stay, filed on March 8, 2019 as Docket No. 11 (the "Motion"), against debtor The Trial Group LLP; dba Trial Group; dba TRG LLP; dba Eagan O'Malley & Avenatti LLP; dba Eagan Avenatti LLP (the "Debtor"). Appearances were made as noted on the record.

Having read and considered the Motion, the supporting declaration, the Joinder and supporting declaration filed by Receiver Brian Weiss, the Debtor's Request for Standard Hearing, the other pleadings and notices on the Court's docket, and the facts and arguments presented on the record, and for the reasons stated on the record, the Court rules as follows:

IT IS ORDERED

1. The Motion is granted;

2. The petition for relief commencing the above captioned bankruptcy case, In re The Trial Group LLP; dba Trial Group; dba TRG LLP; dba Eagan O'Malley & Avenatti LLP; dba Eagan Avenatti LLP, Case No. 8:19-bk-10822-CB, is null and void and the dismissal of the case is retroactive to the date the petition for relief was filed, March 7, 2019;

3. Michael Avenatti and all other persons acting under his direction or on his behalf in any manner are barred for 180 days from entry of this Order from directly or indirectly orchestrating or causing the Debtor to file for bankruptcy. This bar does not apply to Brian Weiss as the Receiver for the Debtor, pursuant to the District Court order entered February 13, 2019 as Docket No. 53 in 8:18-cv-01644-VAP-KES, or any successor receiver appointed in that case.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): MICHAEL J. AVENNATI'S OBJECTION TO PROPOSED FORM OF ORDER GRANTING EMERGENCY MOTION TO DISMISS BANKRUPTCY CASE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 18, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael Avenatti    mavenatti@eaganavenatti.com, jregnier@eaganavenatti.com
- Jason M Frank    jfrank@lawfss.com, mnowowiejski@lawfss.com
- Michael J Hauser    michael.hauser@usdoj.gov
- R Gibson Pagter    gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
- Jack A Reitman    jareitman@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com
- John P Reitman    jreitman@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- James R Selth    jim@wsrlaw.net, jselth@yahoo.com;brian@wsrlaw.net;vinnet@ecf.inforuptcy.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On March 18, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Catherine Bauer
Central District of California
Ronald Reagan Federal Bldg. & Courthouse
411 West Fourth Street, Suite 5165/Crtm. 5D
Santa Ana, CA 92701-4593

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 18, 2019 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                         F 9013-3.1.PROOF.SERVICE