John P. Reitman, SBN 80579
jreitman@lgbfirm.com
Jack. A. Reitman, SBN 283746
jareitman@lgbfirm.com
Landau Gottfried & Berger LLP
1801 Century Park East, Suite 700
Los Angeles, California 90067
Tel: 310-557-0050
Fax: 310-557-0056

Attorneys for Brian Weiss,
Receiver for Eagan Avenatti, LLP

**FILED & ENTERED**

**MAR 19 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY le        DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE TRIAL GROUP LLP; dba TRIAL GROUP; dba TRG LLP; dba EAGAN O'MALLEY & AVENATTI LLP; dba EAGAN AVENATTI LLP,<br><br>        Debtor. | Case No. 8:19-bk-10822-CB<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO DISMISS BANKRUPTCY CASE**<br><br>**Hearing:**<br>Date:   March 13, 2019<br>Time:  1:30 p.m.<br>Courtroom: 5D<br>Address:   411 West Fourth Street<br>                 Santa Ana, CA 92701 |

A hearing was held on March 13, 2019 at 1:30 p.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth St., Santa Ana, CA, on judgment creditor Jason Frank Law, PLC's Motion to Dismiss the Case or in the Alternative Relief from the Automatic Stay, filed on March 8, 2019 as Docket #11 (the "Motion").  Appearances were made as noted on the record.

//

//

//

The Court, having read and considered the Motion, and the other related pleadings and notices, heard the statements of counsel, and for the reasons stated on the record and with good cause shown,

IT IS ORDERED

1. The Motion is granted.

2. The petition for relief commencing the above captioned bankruptcy case, *In re The Trial Group LLP; dba Trial Group; dba TRG LLP; dba Eagan O'Malley & Avenatti LLP; dba Eagan Avenatti LLP*, Case No. 8:19-bk-10822-CB, is null and void and the dismissal of the case is retroactive to the date the petition for relief was filed, March 7, 2019;

3. Michael Avenatti and all other persons acting under his direction or on his behalf in any manner are barred for 180 days from entry of this Order from directly or indirectly orchestrating or causing the Debtor to file for bankruptcy. **This bar does not apply to Brian Weiss as the Receiver for the Debtor**, pursuant to the District Court order entered February 13, 2019 as Docket No. 53 in 8:18-cv-01644-VAP-KES, or any successor receiver appointed in that case.

###

Date: March 19, 2019

Catherine Bauer
United States Bankruptcy Judge

2