```
                         United States Bankruptcy Court
                          Central District of California
In re:                                                           Case No. 19-10822-CB
The Trial Group LLP                                              Chapter 11
         Debtor                  CERTIFICATE OF NOTICE
District/off: 0973-8         User: jleC                Page 1 of 2              Date Rcvd: Mar 19, 2019
                             Form ID: ndwr             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2019.
db             +The Trial Group LLP,    520 Newport Center Drive,    Suite 1400,    Newport Beach, CA 92660-7020
cr             +520 Newport Center Drive, LLC,   c/o R. Gibson Pagter, Jr.,    PAGTER AND PERRY ISAACSON,
                 525 N. Cabrillo Park Drive, Suite 104,    Santa Ana, CA 92701-5017
39404940       +Aderant,    200 Corporate Pointe, 400,    Culver City, CA 90230-8731
39404941       +Advanced Discovery,    17752 Sky Park Circle, 100,    Irvine, CA 92614-6900
39404942       +Baker Keener & Nahra,    633 West Fifth Street,    Suite 5400,    Los Angeles, CA 90071-2060
39404943       +Central Communications,    11830 Pierce Street, 100,    Riverside, CA 92505-5175
39404944       +Competition Economics,    2000 Powell Street,    Suite 510,   Emeryville, CA 94608-1886
39404945       +David W. Stewart, PhD,    13031 Villosa Place, 121,    Los Angeles, CA 90094-6500
39404946       +Developing Opportunities & Solutions,    611 S Main Street, 400,    Grapevine, TX 76051-5477
39404947       +Eisenhower Carlson PLLC,    1201 Pacific Ave, 1200,    Tacoma, WA 98402-4395
39404948       +Executive Presentations,    915 Wilshire Blvd, 1700,    Los Angeles, CA 90017-3462
39404962        Franchise Tax Board Bankruptcy Section,    MS: A-340,    P.O. Box 2952,
                 Sacramento, CA 95812-2952
39404949       +Green Street/Spound,    co Frank Sims Stolper,    19800 MacArthur Blvd, 855,
                 Irvine, CA 92612-8444
39404950       +Int'l. Church of Foursquare,    co Brad S. Sures, Esq.,    10803 Gloria Avenue,
                 Granada Hills, CA 91344-5514
39404951       +International Personnel Protection, Inc.,    P.O. Box 92493,    Austin, TX 78709-2493
39404952       +John C. Crotts Consulting,    688 Serotina Court,    Mount Pleasant, SC 29464-5171
39404953       +Nationwide Legal LLC,    1609 James M Wood Blvd,    Los Angeles, CA 90015-1005
39404954       +Personal Court Reporters Inc.,    14520 Sylvan Street,    Van Nuys, CA 91411-2324
39404955       +Ricoh,    P.O. Box 31001-0850,    Pasadena, CA 91110-0001
39404956       +The Irvine Company,    P.O. Box 844897,    Los Angeles, CA 90084-4897
39404957       +The X-Law Group,    1910 Sunset Boulevard,    Suite 450,    Los Angeles, CA 90026-7118
39404958       +Wilentz Goldman & Spitzer,    90 Woodbridge Center Drive,    Suite 900 Box 10,
                 Woodbridge, NJ 07095-1146

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: LAROBankruptcy@SEC.gov Mar 20 2019 03:18:49      Securities & Exchange Commission,
                 444 South Flower St., Suite 900,    Los Angeles, CA 90071-2934
39404961        EDI: EDD.COM Mar 20 2019 07:08:00      Employment Development Department,
                 Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
39404959        EDI: IRS.COM Mar 20 2019 07:08:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
39404960       +E-mail/Text: USTPregion16.SA.ECF@USDOJ.GOV Mar 20 2019 03:18:43      United States Trustee,
                 411 West Fourth Street, Suite 7160,    Santa Ana, CA 92701-4500
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Brian Weiss
intp            Courtesy NEF
cr              Jason Frank Law, PLC
intp            Michael Avenatti
smg*            Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
                 Sacramento, CA  94280-0001
smg*            Franchise Tax Board,    Bankruptcy Section MS: A-340,    P.O. Box 2952,
                 Sacramento, CA  95812-2952
smg*            Internal Revenue Service,    PO Box 7346,    Philadelphia, PA  19101-7346
                                                                                  TOTALS: 4, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2019                          Signature:  /s/Joseph Speetjens

```
District/off: 0973-8          User: jleC              Page 2 of 2              Date Rcvd: Mar 19, 2019
                              Form ID: ndwr           Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2019 at the address(es) listed below:

```
          Jack A Reitman    on behalf of Interested Party   Courtesy NEF jareitman@lgbfirm.com,
           srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com
          Jack A Reitman    on behalf of Interested Party Brian  Weiss jareitman@lgbfirm.com,
           srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com
          James C Bastian, Jr    on behalf of Interested Party Michael  Avenatti jbastian@shbllp.com
          James R Selth    on behalf of Interested Party   Courtesy NEF jim@wsrlaw.net,
           jselth@yahoo.com;brian@wsrlaw.net;vinnet@ecf.inforuptcy.com
          Jason M Frank    on behalf of Creditor   Jason Frank Law, PLC jfrank@lawfss.com,
           mnowowiejski@lawfss.com
          John P Reitman    on behalf of Interested Party   Courtesy NEF jreitman@lgbfirm.com,
           srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com
          Michael  Avenatti    on behalf of Debtor   The Trial Group LLP mavenatti@eaganavenatti.com,
           jregnier@eaganavenatti.com
          Michael J Hauser    on behalf of U.S. Trustee   United States Trustee (SA) michael.hauser@usdoj.gov
          R Gibson Pagter, Jr.    on behalf of Creditor   520 Newport Center Drive, LLC
           gibson@ppilawyers.com,   ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
          Ronald N Richards    on behalf of Interested Party   Courtesy NEF ron@ronaldrichards.com,
           morani@ronaldrichards.com,justin@ronaldrichards.com
          United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                             TOTAL: 11
```

## United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# NOTICE OF DISMISSAL WITH RESTRICTION AGAINST DEBTOR'S RE−FILING

**DEBTOR(S) INFORMATION:**
The Trial Group LLP
**SSN:** N/A
**EIN:** 32−0210824
dba Trial Group, dba TRG LLP, dba Eagan Avenatti LLP, dba Eagan O'Malley & Avenatti LLP

520 Newport Center Drive
Suite 1400
Newport Beach, CA 92660

**BANKRUPTCY NO.** 8:19−bk−10822−CB
**CHAPTER** 11

You are notified that an order was entered **DISMISSING** the above−captioned case with a prohibition against the refiling of another bankruptcy petition by or against the debtor for 180 days from the date this order is entered.

Any discharge entered in this case is hereby vacated in its entirety.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: March 19, 2019

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ndwr Rev. 06/2017

**40 / JLL**