United States Bankruptcy Court
Central District of California

In re:                                                                   Case No. 19-10822-CB
The Trial Group LLP                                                      Chapter 11
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-8         User: jleC              Page 1 of 1              Date Rcvd: Mar 19, 2019
                             Form ID: pdf042         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2019.
db              +The Trial Group LLP,    520 Newport Center Drive,    Suite 1400,    Newport Beach, CA 92660-7020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2019 at the address(es) listed below:
              Jack A Reitman    on behalf of Interested Party    Courtesy NEF jareitman@lgbfirm.com,
               srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com
              Jack A Reitman    on behalf of Interested Party Brian   Weiss jareitman@lgbfirm.com,
               srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com
              James C Bastian, Jr    on behalf of Interested Party Michael   Avenatti jbastian@shbllp.com
              James R Selth    on behalf of Interested Party    Courtesy NEF jim@wsrlaw.net,
               jselth@yahoo.com;brian@wsrlaw.net;vinnet@ecf.inforuptcy.com
              Jason M Frank    on behalf of Creditor    Jason Frank Law, PLC jfrank@lawfss.com,
               mnowowiejski@lawfss.com
              John P Reitman    on behalf of Interested Party    Courtesy NEF jreitman@lgbfirm.com,
               srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com
              Michael   Avenatti    on behalf of Debtor    The Trial Group LLP mavenatti@eaganavenatti.com,
               jregnier@eaganavenatti.com
              Michael J Hauser    on behalf of U.S. Trustee    United States Trustee (SA) michael.hauser@usdoj.gov
              R Gibson Pagter, Jr.    on behalf of Creditor    520 Newport Center Drive, LLC
               gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
              Ronald N Richards    on behalf of Interested Party    Courtesy NEF ron@ronaldrichards.com,
               morani@ronaldrichards.com,justin@ronaldrichards.com
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                               TOTAL: 11

| | |
|---|---|
| 1 | John P. Reitman, SBN 80579<br>jreitman@lgbfirm.com |
| 2 | Jack. A. Reitman, SBN 283746<br>jareitman@lgbfirm.com |
| 3 | Landau Gottfried & Berger LLP |
| 4 | 1801 Century Park East, Suite 700<br>Los Angeles, California 90067 |
| 5 | Tel: 310-557-0050<br>Fax: 310-557-0056 |
| 6 | Attorneys for Brian Weiss, |
| 7 | Receiver for Eagan Avenatti, LLP |

**FILED & ENTERED**

MAR 19 2019

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY le     DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

THE TRIAL GROUP LLP; dba TRIAL GROUP; dba TRG LLP; dba EAGAN O'MALLEY & AVENATTI LLP; dba EAGAN AVENATTI LLP,

Debtor.

Case No. 8:19-bk-10822-CB

Chapter 11

**ORDER GRANTING MOTION TO DISMISS BANKRUPTCY CASE**

**Hearing:**
Date:  March 13, 2019
Time:  1:30 p.m.
Courtroom: 5D
Address:    411 West Fourth Street
            Santa Ana, CA 92701

A hearing was held on March 13, 2019 at 1:30 p.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth St., Santa Ana, CA, on judgment creditor Jason Frank Law, PLC's Motion to Dismiss the Case or in the Alternative Relief from the Automatic Stay, filed on March 8, 2019 as Docket #11 (the "Motion"). Appearances were made as noted on the record.

//

//

//

The Court, having read and considered the Motion, and the other related pleadings and notices, heard the statements of counsel, and for the reasons stated on the record and with good cause shown,

IT IS ORDERED

1. The Motion is granted.

2. The petition for relief commencing the above captioned bankruptcy case, *In re The Trial Group LLP; dba Trial Group; dba TRG LLP; dba Eagan O'Malley & Avenatti LLP; dba Eagan Avenatti LLP*, Case No. 8:19-bk-10822-CB, is null and void and the dismissal of the case is retroactive to the date the petition for relief was filed, March 7, 2019;

3. Michael Avenatti and all other persons acting under his direction or on his behalf in any manner are barred for 180 days from entry of this Order from directly or indirectly orchestrating or causing the Debtor to file for bankruptcy. **This bar does not apply to Brian Weiss as the Receiver for the Debtor**, pursuant to the District Court order entered February 13, 2019 as Docket No. 53 in 8:18-cv-01644-VAP-KES, or any successor receiver appointed in that case.

###

Date: March 19, 2019

Catherine Bauer
United States Bankruptcy Judge