James C. Bastian, Jr. - Bar No. 175415
Melissa Davis Lowe - Bar No. 245521
**SHULMAN BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email:    JBastian@shulmanbastian.com
    MLowe@shulmanbastian.com

Attorneys for Michael J. Avenatti

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**THE TRIAL GROUP LLP; dba TRIAL GROUP; dba TRG LLP; dba EAGAN O'MALLEY & AVENATTI LLP; dba EAGAN AVENATTI LLP,**<br><br>Debtor. | Case No. 8:19-bk-10822-CB<br><br>Chapter 11<br><br>**MICHAEL J. AVENATTI'S FURTHER RESPONSE TO ORDER TO SHOW CAUSE RE SANCTIONS FILING CASE IN VIOLATION OF THE JOINT STIPULATION RE ORDER APPOINTING RECEIVER AND ISSUING RESTRAINING ORDER**<br><br>Hearing<br>Date:    November 13, 2019<br>Time:    10:00 a.m.<br>Place:    411 West Fourth Street<br>    Santa Ana, CA 92701<br>    Courtroom 5D |

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE, AND ALL OTHER INTERESTED PARTIES:**

Michael J. Avenatti ("Avenatti") hereby submits his Further Response to the Court's Order to Show Cause Re Sanctions For Filing Case in Violation of the Joint Stipulation re Order Appointing Receiver and Issuing Restraining Order ("OSC"). Avenatti reiterates the arguments made in his original Response and Reply to the OSC (Dockets 43, 44 and 50) and requests that the hearing be continued for the reasons set forth in those filings given that the criminal proceedings noted therein have not been resolved. Notwithstanding this, the Court may be able to simply vacate the OSC because it appears that Avenatti's initial filing of a bankruptcy petition for Eagan Avenatti, LLP ("EA") (the "First EA Bankruptcy Case") was proper due to the fact that the Receiver filed his own petition on September 13, 2019 (Case No. 8:19-bk-13560-CB) ("Second EA Bankruptcy Case").

Avenatti filed the First EA Bankruptcy Case to preserve the assets of the Debtor and to protect the Debtor's creditors from the competing claims of multiple creditors. The First EA Bankruptcy Case was the best, if not only mechanism available to bring some fairness and order to an otherwise unwieldy race to the courthouse and asset grab among the Debtor's creditors. In light of the Receiver's filing of the Second EA Bankruptcy Case, it appears that Avenatti's decision to file has been vindicated. Moreover, had the prior case not been dismissed, it is highly likely that the enormous expense incurred by the Receiver (much of which was incurred dealing with various lawsuits and creditor claims) could have been avoided as well as the delay of the last seven months.

The First EA Bankruptcy Case was not filed for an improper purpose, but was filed in an effort to stay collection actions and litigation that the Debtor could not afford to defend, the same reasons have been cited by the Receiver in support of his decision to file the EA Bankruptcy Case. Given this, the OSC should be vacated without the imposition of sanctions. In the alternative, the

///

///

1 hearing on the OSC should be continued another six (6) months or more as the criminal proceedings 2 against Avenatti are still pending and he is not in a position to address the Court directly on these 3 matters.

**SHULMAN BASTIAN LLP**

DATED: November 8, 2019     By:     /s/ Melissa Davis Lowe
James C. Bastian, Jr.
Melissa Davis Lowe
Attorneys for Michael J. Avenatti

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **100 Spectrum Center Drive, Suite 600, Irvine, California 92618**

A true and correct copy of the foregoing document entitled (*specify*): **MICHAEL J. AVENATTI'S FURTHER RESPONSE TO ORDER TO SHOW CAUSE RE SANCTIONS FILING CASE IN VIOLATION OF THE JOINT STIPULATION RE ORDER APPOINTING RECEIVER AND ISSUING RESTRAINING ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 11, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **November 11, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy**: Hon Catherine E Bauer, US Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth Street, Suite 5165, Santa Ana, CA 92701

**Interested Party**: United States Trustee, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, #9041, Santa Ana, California 92701-8000

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **Not Applicable**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/11/19 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**NEF SERVICE LIST**

- **Michael Avenatti**    mavenatti@eaganavenatti.com, jregnier@eaganavenatti.com
- **James C Bastian**    jbastian@shulmanbastian.com
- **Jason M Frank**    jfrank@lawfss.com, mnowowiejski@lawfss.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Melissa Davis Lowe**    mlowe@shulmanbastian.com, sswartzell@shulmanbastian.com
- **R Gibson Pagter**    gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
- **Jack A. Reitman**    jareitman@lgbfirm.com, srichmond@lgbfirm.com;vrichmond@lgbfirm.com;avedrova@lgbfirm.com
- **John P. Reitman**    jreitman@lgbfirm.com, srichmond@lgbfirm.com;vrichmond@lgbfirm.com
- **Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- **James R Selth**    jim@wsrlaw.net, jselth@yahoo.com;brian@wsrlaw.net;gabby@wsrlaw.net;vinnet@ecf.inforuptcy.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**