

FILED & ENTERED

SEP 23 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – Santa Ana Division

| | |
|---|---|
| In re | Case No. 8:19-bk-10822-SC |
| The Trial Group, LLP, | Chapter 11 (Dismissed) |
| Debtor. | **ORDER VACATING ORDER TO SHOW CAUSE RE: SANCTIONS, DENYING MOTION FOR STAY OF CONTEMPT PROCEEDINGS AND VACATING HEARINGS** |
| | Date: October 1, 2020<br>Time: 11:00 a.m.<br>Courtroom 5C |

The Court has considered the Order to Show Cause Re: Sanctions For Filing Case in Violation of the Joint Stipulation Re Order Appointing Receiver and Issuing Restraining order issued March 15, 2019 [Dk. 35] (the "OSC"), the Motion of Michael J. Avenatti to Stay Contempt Proceedings Pending Resolution of Related Criminal Action filed April 17, 2019 [Dk. 45] (the "Stay Motion"), all of the pleadings filed in connection with the OSC and the Stay Motion, the oral transcript of the March 13, 2019, hearing on the Judgment Creditor Jason Frank Law, PLC's Emergency Motion to Dismiss Case filed March 8, 2019 [Dk. 11], the docket as a whole, and finds that this matter is appropriate for disposition without a hearing.

This case was filed on March 7, 2019, and ordered dismissed at a hearing which occurred six days later, on March 13, 2019, with the order dismissing the case entered March 19, 2019 [Dk. 39]. Prior to the dismissal, the Court issued the OSC, directing Michael J. Avenatti to personally appear, and in response, the Stay Motion was filed.

Upon reconsideration of the OSC, consideration of the docket as a whole, and taking judicial notice of Mr. Avenatti's various criminal proceedings, the Court finds good cause to orders as follows:

1. The OSC is VACATED.

2. The Stay Motion is DENIED as unnecessary.

3. The October 1, 2020 hearings on the OSC and Stay Motion are VACATED.

4. To the extent Creditor asserts that sanctions are warranted, Creditors are invited to file whatever motion they deem appropriate, supported by admissible evidence demonstrating the amounts sought and referencing applicable legal authority.

IT IS SO ORDERED.

### ###

Date: September 23, 2020

Scott C. Clarkson
United States Bankruptcy Judge